In the Matter of the Claim of MICHAEL RAVICK, Respondent, against A. E. NORTON, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no proof of claimant's

earning capacity after June 22, 1926. Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ., concur.